(May 3, 1960)

■ ADOLPH TAUSIK v. HELEN T. TAUSIK.— Motion granted and the stay contained in the order to show cause, dated April 20, 1960, is continued pending the hearing and determination of the appeal on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before May 6, 1960, with notice of argument for the June 1960 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before May 21, 1960. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of the Estate of DARWIN R. JAMES, JR., Deceased, Respondent, against HOWARD S. TIERNEY et al., Appellants, and HOWARD S. TIERNEY, INC., Judgment-Debtor.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of LOUIS I. KAPLAN, as Commissioner of Investigation of the City of New York, Respondent. JULIUS BLUMENFELD, Appellant.— Order affirmed, without costs. The execution and enforcement of the order appealed from is hereby stayed until 10 days after service of a copy of the order entered herein upon the attorney for the respondent-appellant, with notice of entry thereof. Concur — Breitel, J. P., Rabin and M. M. Frank, JJ.; Valente and Stevens, JJ., dissent and vote to deny in the following memorandum: We dissent and vote to deny motion for order of arrest on the ground that whatever materiality the inquiry would have had if timely made was destroyed by the unexplained lapse of time, and, under all the circumstances, there was reasonable ground to refuse to answer the questions put. [22 Misc 2d 839.]

■ TWIN OAKS EXCAVATING CO., INC., Respondent, v. KOCH CRANE & DERRICK CO., INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ WILLIAM GOLD et al., Appellants, v. LESTER J. TOBIN, Respondent, et al., Defendants. LESTER J. TOBIN, Respondent, v. IRVING MANDELL, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THOMAS O. MARKEY, Respondent, v. THOMAS J. TIERNAN et al., Individually and as Partners Doing Business under the Name of TIERNAN & TIERNAN, et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ SYDNEY SNITOW et al., Individually and as Copartners Constituting the Law Firm of SNITOW & SNITOW, Appellants, v. NELSON C. DUKES et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ SYDNEY SNITOW et al., Individually and as Copartners Constituting the Law Firm of SNITOW & SNITOW, Appellants, v. NELSON C. DUKES et al., Respondents.— Appeal from order of April 6, 1960 dismissed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ SYDNEY SNITOW et al., Individually and as Copartners Constituting the Law Firm of SNITOW & SNITOW, Appellants, v. NELSON C. DUKES et al., Respondents.— Motion to relieve plaintiffs in Action No. 1, of the stay under

section 1520 of the Civil Practice Act denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELLIOTT ARCHIE, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM OLIVO, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of 22 CHARLES STREET CORP., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of HARRY I. GREENE, Appellant, against PEOPLE OF THE STATE OF NEW YORK et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente and Stevens, JJ.

■ ALL NEW YORK AUTO CORP. et al., Appellants, v. RENAULT, INC., Defendant, and MAGNA MOTORS, INC., Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ JEMMIA MULLEN, Appellant-Respondent, v. RONALD REIS, Appellant, and FIFTH AVENUE COACH LINES, INC., Respondent.— Order unanimously modified, on the law, to the extent of denying the motion for summary judgment as to defendant-appellant Ronald Reis, and, as so modified, affirmed, with $20 costs and disbursements to defendant-appellant Ronald Reis and defendant-respondent Fifth Avenue Coach Lines, Inc. There are present issues of fact in respect of the negligence of said defendant-appellant and the contributory negligence of plaintiff-appellant-respondent. The record raises at least an issue of fact as to whether or not the defendant-appellant backed his car into a line of people boarding a bus, or whether plaintiff walked into the defendant-appellant's car while he was backing up. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of SOL S. H. SABOT, against CITY CIVIL SERVICE COMMISSION et al.— Motion granted insofar as to dispense with the printing in the record on appeal of respondents' exhibits "1" to "12" inclusive on condition that the originals thereof are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CLEM C. RANSOM.— Enlargement of time granted. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

## (May 4, 1960)

■ LENORE V. BEAUMONT v. JEAN BEAUMONT.— Motion dismissed as academic as the printing of the exhibit in question has been dispensed with pursuant to a stipulation of the parties, dated April 18, 1960, which has been approved by the Presiding Justice of this court. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ MIRIAM M. MINTZ v. T. LOUIS MINTZ.— Motion to dispense with printing granted only insofar as to permit the appeal to be heard upon the original record, without printing the same, but upon printed appellant's points, and upon